11/04/2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

NOV 14 2025

CHRISTOPHER A. PRINE
CLERK

Gabryelle Daniels
406 N. 2nd Street
Copperas Cove Tx 76522
254.499.8850
DanielsGabryelle25@Gmail.com

Gabryelle Daniels v. Paige Heitkamp
15-25-00204-CV / JP-CV-277030

Dear Clerk of Court

I am writing to inform the court that I was recently notified of the transfer of my appeal from the united states court of appeals for the Third Circuit to the fifteenth Circuit, Pursuant to an order of the Supreme Court Dated October 1 2025.

Prior to the transfer, I filed a motion to Dismiss the appeal without prejudice in the Third Circuit. In that filing, I notified both the court and the opposing party that, upon the Dismissal being Granted, I intended to Pursue a trial De Novo. I Respectfully request that the fifteenth Circuit honor and Grant my motion consistent with that filing and my stated intent.

I also Request confirmation as to whether my motion to Dismiss without

Prejudice was received and docketed in the third Circuit, and whether it was transferred with the case file to the fifteenth Circuit. Please notify me of this information via electronic mail At DanielsGabryelle85@Gmail.com So that I may respond promptly If any action or Documentation Is required on my Part

Thank you

Gabryelle Daniels



Gabryelle Daniels
406 N. 2nd Street
Copperas Cove Tx
                74522

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

NOV 14 2025

CHRISTOPHER A. PRINE
CLERK

AUSTIN TX 787
RIO GRANDE DISTRICT
12 NOV 2025 AM 3 L



Fifteenth Court of Appeals
P.O. Box 12852
Austin Tx
        78711

78711-285252